# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Gregory B. Odom, II
Chadwick & Odom, LLC
P. O. Box 12114
Alexandria LA 71315

<div style="border:1px solid">

Judgment on rehearing rendered and mailed to all parties or counsel of record on November 14, 2018.

</div>

## REHEARING ACTION: November 14, 2018

**Docket Number: 18   00146-CA**

**DOUGLAS W. BARTON**
**VERSUS**
**WAL-MART STORES, INC.**

**Appealed from Rapides Parish Case No. 258,628**

**BEFORE JUDGES:**

**Hon. Billy Howard Ezell**
**Hon. Shannon J. Gremillion**
**Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Wal-Mart Louisiana, LLC** is:

**DENIED.**

cc: Andrew Parker Texada, Counsel for the Appellant
    Thomas Benjamin Moyse Wahlder, Counsel for the Appellant